**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| DirecTV, Inc., | | |
| | Plaintiff, | **ORDER** |
| v. | | |
| Roger Dotstry, | | Civil No. 03-5725 (MJD/JGL) |
| | Defendant. | |

Henry M. Helgen, III, Esq., appeared for Plaintiff.

No appearance was made on behalf of Defendant.

On May 4, 2005, this Court issued an Order [Document 37] adopting the Report and Recommendation [Document 36] and granting Plaintiff's Motion for Judgment by Default and Permanent Injunction [Document No. 25]. The May 4 Order did not specifically include an amount of damages or award of attorneys' fees—an omission that this Order remedies.

**IT IS HEREBY ORDERED** that Judgment shall be entered in Plaintiff's favor in the amount of $10,000, plus attorneys' fees and costs in the amount of $5,798.55, under 47 U.S.C. § 605 and 18 U.S.C. § 2520.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 29, 2005          s/ Michael J. Davis
                              Judge Michael J. Davis
                              United States District Court